Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

NATH & ASSOCIATES, PLLC

vs

HARTFORD CASUALTY
INSURANCE COMPANY

**SUMMONS IN A CIVIL ACTION**

Case No. 08 cv 1567 L JMA

*FILED 2008 AUG 26  CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA  BY ____ DEPUTY*

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Paul A. Hilding, Esq., Hilding Law Firm, 501 W. Broadway, Ste. 1760, San Diego, CA 92101 (619) 233-4200

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
J. PARIS

AUG 2 6 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)