UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATH & ASSOCIATES, PLLC, | Civil No. 08cv1567 L(JMA) |
| Plaintiff, | **ORDER STRIKING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [doc. #3]** |
| v. | |
| HARTFORD CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff filed the above-captioned case on August 25, 2008, at which time a summons was issued. On September 19, 2008, plaintiff filed a motion for partial summary judgment. The record does not show that defendant has been served with the summons and complaint. Plaintiff's filing of a dispositive motion is premature and inappropriate when it is filed prior to defendant being served with the complaint and having an opportunity to answer or otherwise respond to the complaint, and prior to the parties engaging in an early neutral evaluation of the case before the magistrate judge. Accordingly, plaintiff's motion for partial summary judgment is **STRICKEN** from the record and the December 8, 2008 motion hearing date is **VACATED**.

**IT IS SO ORDERED.**

DATED: September 22, 2008

M. James Lorenz
United States District Court Judge

1  COPY TO:

2  HON. JAN M. ADLER
   UNITED STATES MAGISTRATE JUDGE
3
   ALL PARTIES/COUNSEL
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28