1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

10   NATH & ASSOCIATES, PLLC,                    )    Civil No. 08cv1567-L(JMA)
                                                )
11              Plaintiff,                       )
                                                )    **ORDER DENYING PLAINTIFF'S**
12   v.                                          )    **EX PARTE APPLICATION FOR**
                                                )    **RECONSIDERATION**
13   HARTFORD CASUALTY INSURANCE                 )
     COMPANY,                                    )
14                                               )
                Defendant.                       )
15   _____            )

16         This insurance bad faith action was filed on August 25, 2008.  On September 19, 2008

17   and prior to the service of the complaint, Plaintiff filed a motion for partial summary judgment.

18   On September 23, the court ordered the motion stricken for failure to comply with the Local

19   Rules and Electronic Case Filing Administrative Policies and Procedures, *see* Civ. Local Rule

20   5.4(f), and because it was filed before Defendant had been served.  On September 26, Plaintiff

21   affected service.  On September 30, Plaintiff filed pursuant to Federal Rule of Civil Procedure

22   60(b)(6) an ex parte application to reconsider the order striking its motion.

23         Federal Rule of Civil Procedure 60(b)(6) provides, "On motion and just terms, the court

24   may relieve a party . . . from a[n] . . . order . . . for the following reasons: . . . (6) any other

25   reason that justifies relief."  It is within the court's discretion to grant or deny a Rule 60(b)

26   motion.  *United States v. Alpine Land and Reservoir Co.*, 984 F.2d 1047, 1049 (9th Cir. 1993).

27   Subsection (6) "acts as a catch-all."  *Hamilton v. Newland*, 374 F.3d 822, 825 (9th Cir. 2004).  It

28   has been "used sparingly and as an equitable remedy to prevent manifest injustice."  *Id*. (internal

1   quotation marks and citation omitted).  A party is entitled to relief under Rule 60(b)(6) if he

2   demonstrates "extraordinary circumstances" to justify relief.  *Straw v. Bowen*, 866 F.2d 1167,

3   1172 (9th Cir. 1989).

4        The ex parte application is **DENIED** because Plaintiff has not suffered any manifest

5   injustice and points to no extraordinary circumstances to justify relief.  Plaintiff may re-file its

6   motion in compliance with Civil Local Rules and Electronic Case Filing Administrative Policies

7   and Procedures.[1]

8        **IT IS SO ORDERED**.

9

10  DATED:  October 16, 2008

11  _____
    M. James Lorenz

12  United States District Court Judge

    COPY TO:

13
    HON. JAN M. ADLER
14  UNITED STATES MAGISTRATE JUDGE

15  ALL PARTIES/COUNSEL

16

17

18

19

20

21

22

23

24

25

26

27

---

28        [1]     Pursuant to Civil Local Rule 7.1(b), Plaintiff will need to obtain a hearing date
    prior to re-filing its motion.